**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Warren Douglass COBLE, Jr, Defendant–Appellant.**

No. 05–10912.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 19, 2006.

Vicki H. Lamberson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Amarillo, TX, Nancy E.

---

Larson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Warren Douglass Coble, Jr., Florence, CO, pro se.

Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Warren Douglass Coble, Jr., on appeal has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Coble has responded to counsel's motion, arguing that the sentencing court erred in sentencing him for possession of crack cocaine as opposed to some other form of cocaine base. Our independent review of the brief, Coble's response, and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.